# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153039-40

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MATTHEW JOHN SCOTTON,
          Defendant-Appellant.

SC: 153039-40
COA: 321370; 325372
Charlevoix CC: 13-014711-FC

_____/

        By order of October 5, 2016, the application for leave to appeal the November 24, 2015 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Comer* (Docket No. 152713).  On order of the Court, the case having been decided on June 23, 2017, 500 Mich ___ (2017), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



a0906

Clerk